Frieda Nonn, defendant in error, v. Andrew Sahn et al., plaintiffs in error. Gen. No. 34,182.

Heard in the second division of this court for the first district at the April term, 1930. Opinion filed January 27, 1931.

G. A. Buresh, for plaintiffs in error. Cummings & Wyman, for defendant in error; Harold Engstrom, of counsel.

Mr. Presiding Justice Scanlan delivered the opinion of the court.

Mandel Mendelson, plaintiff in error, v. Josephine L. Kellogg, defendant in error. Gen. No. 34,195.

Heard in the second division of this court for the first district at the April term, 1930. Opinion filed January 27, 1931.

Max Murdock, for plaintiff in error. Leslie A. Needham, for defendant in error.

Mr. Presiding Justice Scanlan delivered the opinion of the court.

In re Estate of Mary Folks, deceased.

In re Petition of Carrie Stonebridge, appellee, v. Irving R. Folks et al., appellants. Gen. No. 34,278.

Heard in the second division of this court for the first district at the April term, 1930. Opinion filed January 27, 1931.

Ivor Jeffreys, for appellants. Brundage & Gorman, for appellee.

Mr. Presiding Justice Scanlan delivered the opinion of the court.

Margaret E. Curtin, administratrix of the estate of George W. Curtin, deceased, appellee, v. Edward F. Brennan, appellant. Gen. No. 34,301.

Heard in the second division of this court for the first district at the April term, 1930. Opinion filed January 27, 1931.

William E. Rafferty, for appellant. Rudolph and Arthur E. Frankenstein, for appellee.

Mr. Presiding Justice Scanlan delivered the opinion of the court.